UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRENTICE COX,

                          Plaintiff,

      -against-

THE GREEN ROOM WV, LLC and 257
BLEECKER LLC,

                         Defendants.

1:23-cv-01259 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      Plaintiff alleges that Defendants' store is not accessible to customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. The parties report that they have not been able to settle the case themselves. ECF No. 18. By separate Order today, the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.

      In addition, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. If all parties so consent, counsel shall, **by June 27, 2023**, file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge (and attached to the Order of Reference). If the Court approves that form, all further proceedings will then be conducted before the Magistrate Judge rather than before this Court. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered. An

information sheet on proceedings before magistrate judges is also attached to the Order of Reference.

If any party does not consent to conducting all further proceedings before the Magistrate Judge, the parties must file a joint letter, **by June 27, 2023**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. No adverse consequences will result from the withholding of that consent.

Dated: June 13, 2023
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge