UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRENTICE COX,<br><br>                Plaintiff,<br><br>-v-<br><br>257 BLEECKER LLC and THE GREEN ROOM WV, LLC,<br><br>                Defendants. | CIVIL ACTION NO. 23 Civ. 1259 (JLR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic initial case management conference held today, January 3, 2024, the Court orders as follows:

1. The Court will enter the parties' proposed case management plan (ECF No. 40), with minor modifications, by separate Order.

2. A telephonic status conference is scheduled for **Thursday, March 21, 2024 at 4:30 p.m.** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code:  380-9799, at the scheduled time.

Dated:      New York, New York
              January 3, 2024

                                              SO ORDERED.

                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**