UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   02/26/2024
```

PRENTICE COX

     Plaintiff,

   -against-

THE GREEN ROOM WV, LLC and 257
BLEECKER LLC,

     Defendants.

23-CV-01259 (MMG)

**NOTICE OF**
**REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

  This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the referral to Magistrate Judge Sarah L. Cave for all General Pretrial Purposes, including settlement.

  All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 26, 2024
   New York, New York

       SO ORDERED.

       MARGARET M. GARNETT
       United States District Judge