UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRENTICE COX,

              Plaintiff,

  -v-

257 BLEECKER LLC and THE GREEN ROOM WV, LLC,

              Defendants.

CIVIL ACTION NO. 23 Civ. 1259 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is the April 4, 2024 letter-motion of Plaintiff Prentice Cox seeking a discovery conference to discuss certain discovery issues. (ECF No. 58 (the "Letter-Motion")). On April 9, 2024, Defendant The Green Room WV, LLC ("Green Room") opposed the Letter-Motion, arguing that the subject discovery issues were raised prematurely but agreeing to discuss producing the financial records Plaintiff is seeking. (ECF No. 61).

The Letter-Motion is DENIED WITHOUT PREJUDICE. The parties shall promptly meet and confer regarding the issues raised in the Letter-Motion and discuss what documents Green Room is willing to produce and what relevant information Derrick Wajda may have. (See ECF Nos. 58 at 1–2; 61 at 1–2).

The Clerk of Court is respectfully directed to close ECF No. 58.

Dated: New York, New York
April 10, 2024

SO ORDERED.

*Sarah L. Cave* (signature)

SARAH L. CAVE
United States Magistrate Judge