

December 24, 2024

Yusha D. Hiraman
212.915.5252 (direct)
Yusha.Hiraman@wilsonelser.com

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007

Re: ***Prentice Cox v. The Green Room WV, LLC, et al.***,
Docket No.: 1:23-CV-01259 (MMG) (SLC)
Our File No.:19103.00127

Dear Judge Cave :

Our office represents Defendant THE GREEN ROOM WV, LLC (the "TENANT"). Pursuant to Your Honor's Rule I(C), Defendant TENANT and Plaintiff PRENTICE COX ("PLAINTIFF") write to respectfully request additional time to submit TENANT's and PLAINTIFF's respective motions for default judgment from January 8, 2025 until January 31, 2025, due to pre-scheduled time off for all counsels for the holiday season.

This is the first request for additional time for the Parties' default judgment motions.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

Celena R. Mayo
Yusha D. Hiraman

---

The parties' Letter-Motion at ECF No. 97 is GRANTED, and the deadline to file motions for default judgment for the attention of the Honorable Margaret M. Garnett is EXTENDED to **Friday, January 31, 2025.**

The Clerk of Court is respectfully directed to close ECF No. 97.

SO ORDERED.    12/27/2024

SARAH L. CAVE
United States Magistrate Judge

306121692v.4