# THE MARKS LAW FIRM, P.C.

October 3, 2025

**FILED VIA ECF**
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

      RE:    <u>Cox v. The Green Room WV, LLC, et al.</u>
               Index: 1:23-cv-01259-MMG-SLC

Dear Judge Garnett,

      Pursuant to Section B(5) of Your Honor's Individual Rules and Practices ("Requests for Adjournments or Extensions of Time"), Plaintiff respectfully requests a sixty (60) day extension of the deadline to file an application for attorneys' fees and costs related to Plaintiff's Motion for Default Judgment, from **October 7, 2025**, to **December 6, 2025**, in accordance with Your Honor's Default Judgment Order dated August 8, 2025 [Dkt. 114].

      The basis for this request is twofold. First, Plaintiff's counsel recently conducted another inspection of Defendants' premises, now operating as Arcane Estate Coffee, to determine whether Defendants have undertaken any remediations and to assess any remaining work that needs to be completed. Plaintiff's office is currently reviewing and analyzing the inspection results, including the photographs obtained during the inspection. Second, the Jewish holidays of Rosh Hashanah, Yom Kippur, Simchat Torah, and Sukkot, which Plaintiff's counsel observes, have delayed the completion of this review and related work.

      In light of the foregoing, Plaintiff respectfully submits that an additional sixty (60) days is warranted to allow for the completion of this review, continued outreach to Defendants, and preparation of the fee application, thereby conserving the Court's time and resources. This is Plaintiff's first request for an extension of this deadline.

      We thank you and the Court for your time and consideration.

GRANTED. Plaintiff's deadline to submit an application for attorneys' fees is EXTENDED until **December 6, 2025**.

SO ORDERED.  Dated October 7, 2025.

*[signature]*
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com