December 3, 2025

**FILED VIA ECF**
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

RE:    **Cox v. The Green Room WV, LLC, et al.**
          Index: 1:23-cv-01259-MMG-SLC

Dear Judge Garnett,

Pursuant to Section B(5) of Your Honor's Individual Rules and Practices ("Requests for Adjournments or Extensions of Time"), Plaintiff respectfully requests an additional sixty (60) day extension of the deadline to file an application for attorneys' fees and costs related to Plaintiff's Motion for Default Judgment, from **December 6, 2025** to **February 4, 2026**, in accordance with Your Honor's Order dated October 7, 2025 [Dkt. 118].

This request is made because Plaintiff is still reviewing and analyzing the results of the inspection of Defendants' premises, including photographs obtained during the inspection, which show the premises now operating as Arcane Coffee, to determine whether any remediations have been undertaken and what remains to be completed.

Moreover, Plaintiff recently discovered that Defendant, 257 Bleecker LLC, and its owner, Steven Croman, are involved in litigation concerning the foreclosure of the premises (among other issues) and are represented by counsel, including Matthew Hearle of Goldberg Weprin Finkel Goldstein LLP. Plaintiff also understands that 257 Bleecker LLC has commenced an action against the guarantor of the Green Room Lease, Elliot Breslov. Plaintiff has contacted counsel in both matters to discuss the status of this action and to coordinate potential enforcement of a default and injunctive relief. In the course of this review, Plaintiff also notes that enforcement regarding Defendants' premises has been logistically challenging, as Defendant 257 Bleecker LLC has not responded, and the premises are currently occupied by a new tenant, preventing access. Nevertheless, Plaintiff continues to explore all available options and is hopeful that newly retained counsel will assist. Efforts are ongoing, although responses have been delayed due to the holidays.

In light of the foregoing, Plaintiff respectfully requests an additional sixty (60) days to complete this review and prepare the fee application. Given the complications described above, Plaintiff further requests either a conference with Your Honor in January 2026 or the opportunity to submit a status letter, allowing time to pursue the newly identified potential defense counsel referenced above, to discuss these matters. With the Court's guidance, Plaintiff believes the matter may then be appropriately concluded, conserving the Court's time and resources. This is Plaintiff's second request for an extension of this deadline.

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, rmadnick@markslawpc.com
www.markslawpc.com

# C THE MARKS LAW FIRM, P.C.

We thank you and the Court for your time and consideration.

GRANTED.  The deadline for Plaintiff to file an application for attorneys' fees and costs is EXTENDED until **February 4, 2026**.

SO ORDERED.  Dated December 3, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _Richard M._____
Richard M. Madnick

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, rmadnick@markslawpc.com
www.markslawpc.com