UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/31/2026__
```

PRENTICE COX,

                              Plaintiff,

              -against-

THE GREEN ROOM WV, LLC, et al.,

                              Defendants.

23-CV-01259 (MMG)

**ORDER ADOPTING
R&R**

MARGARET M. GARNETT, United States District Judge:

Plaintiff Prentice Cox initiated this case on February 14, 2023. *See* Dkt. No. 1. Plaintiff brings claims under the Americans with Disabilities Act against 257 Bleecker LLC and The Green Room WV, LLC. Following the entry of judgment against Defendant 257 Bleecker LLC, Dkt. No. 114, the only open issue was the amount of any award of attorneys' fees to Plaintiff. Plaintiff filed that motion on January 14, 2026, Dkt. No. 121, and the matter was referred to Magistrate Judge Cave for a report and recommendation on January 15, 2026, Dkt. No. 122. On March 13, 2026, Judge Cave issued a Report and Recommendation (the "R&R") recommending that the motion for fees be granted in part and denied in part, with an award of $52,064.00 in attorneys' fees and $602.00 in costs. Dkt. No. 123.

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To accept those portions of the report to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record. *See, e.g., Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

In the present case, the R&R advised the parties that they had fourteen days from service of the R&R to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object. *See* Dkt. No. 123 at 10. In addition, the R&R expressly called the parties' attention to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). *Id.* The time to file objections, or to request an extension of time, expired on March 27, 2026. No objections were filed, nor did any party request an extension of time. Accordingly, the Court will treat the R&R as unobjected to by any party.

The Court has reviewed the motion and the R&R unguided by objections, and finds the R&R to be well reasoned, grounded in fact and law, and devoid of error. Accordingly, the Report and Recommendation is ADOPTED in its entirety. Plaintiff is awarded attorneys' fees and costs in the amount of $52,064.00 and $602.00, respectively.

The Clerk of Court is respectfully directed to enter judgment consistent with Dkt. No. 114 and this Order, and CLOSE this case.

Dated: March 31, 2026
   New York, New York

        SO ORDERED.

        MARGARET M. GARNETT
        United States District Judge