**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
PRENTICE COX,

                    Plaintiff,               23 **CIVIL** 1259 (MMG)

     -against-                      **JUDGMENT**

                                   **For Attorney's Fees and Costs**

THE GREEN ROOM WV, LLC, et al.,

                  Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 31, 2026, the Report and Recommendation is ADOPTED in its entirety. Plaintiff is awarded attorneys' fee and costs in the amount of $52,064.00 and $602.00, respectively.

**Dated:**  New York, New York

        March 31, 2026

                                     **TAMMI M. HELLWIG**
                                       _____
                                       **Clerk of Court**

                  **BY:**

                                       _____
                                       **Deputy Clerk**